CUTOLO CB BARROS LLC

ATTORNEYS AT LAW

NORTH JERSEY
One Gateway Center, Suite 2600
Newark, New Jersey 07102
(973) 285-3048

CENTRAL JERSEY
46 - 50 Throckmorton Street
Freehold, New Jersey 07728
(732) 414-1170 phone
(732) 414-1167 fax
www.cutolobarros.com

SOUTH JERSEY
923 Haddonfield Road, Suite 300
Cherry Hill, New Jersey 08002
(856) 324-8237

**REPLY TO FREEHOLD**

October 22, 2026

**VIA ELECTRONIC FILING**
Hon. Alex D. Silagi, U.S.M.J.
Martin Luther King Building
& United States Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: Patrick Trainor, et al v. James McGibney**
**Case No. 2:24-cv-8873 (CCC)(MAH)**

Dear Judge Silagi:

Pursuant to the Court's October 21, 2026 Text Order, this is to advise Your Honor that the counsel have conferred and agreed upon a date for the remote deposition of Defendant James McGi8bney to commence at 9:00 a.m. on Tuesday, November 3, 2026.

Respectfully Submitted,

s/Gregg S. Sodini
Gregg S. Sodini, Esq.

s/Patrick Trainor
Patrick Trainor, Esq.